UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JOYCE,

               Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2022___

22 Civ. 801 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    On September 7, 2022, the Court granted Defendant's motion to dismiss Plaintiff's claims. ECF No. 16. The Court also granted Plaintiff's request to file a motion for leave to amend his petition with respect to his hybrid § 301/DFR claim by September 28, 2022. *Id.* On September 28, 2022, Plaintiff filed an amended complaint against Defendant but did not file a motion for leave to amend his petition. ECF No. 17.

    Accordingly, it is hereby ORDERED that by **October 20, 2022**, Plaintiff shall file his motion for leave to amend his petition. The Clerk of Court is directed to vacate the amended complaint at ECF. No. 17.

    SO ORDERED.

Dated: October 14, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge