**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROBERT JOYCE,

                        Plaintiff,                      22 **CIVIL** 801 (AT)(JLC)

        -against-                            **<u>JUDGMENT</u>**

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,
                      Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 14, 2024, the Court has OVERRULED Joyce's objections to the R&R and the R&R is ADOPTED in full.  Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

      March 14, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                       _____
                                                         **Deputy Clerk**